# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LURA RAIFAISEN, an individual, | Case No.: 3:23-cv-00109-ART-CLB |
| Plaintiff, | |
| vs. | **ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| COSTCO WHOLESALE CORPORATION; JOHN DOES I-XX, inclusive, ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES, I-XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff LURA RAIFAISEN and Defendant COSTCO WHOLESALE CORPORATION, that the entire above referenced case be dismissed with prejudice, with all the Parties to bear their own attorney's fees and costs.

///
///
///
///
///
///
///

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1

Dated this 6th day of March 2024.

TERRY FRIEDMAN & JULIE THROOP, PLLC

_____
JULIE McGRATH THROOP, ESQ.
300 So. Arlington Ave.
Reno, Nevada 89501
*Attorney for Plaintiff*

Dated this 6th day of March 2024.

ROBISON, SHARP, SULLIVAN & BURST

_____
MICHAEL E. SULLIVAN, ESQ.
71 Washington Street
Reno, Nevada 89503
*Attorney for Defendant*

IT IS SO ORDERED.

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

3/7/2024